JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  8:25-01001 ADS                              Date:  August 18, 2025

Title:  *Robert Mena v. Rip Curl, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REGARDING NOTICE OF SETTLEMENT AND NOTICE OF DISMISSAL**

     In light of the Notice of Settlement filed on August 8, 2025 (Dkt. No. 21), indicating the parties have reached a settlement in the action, the parties shall file a Notice of Dismissal of all claims by September 8, 2025. If no dismissal is filed, this action shall be deemed dismissed as of September 8, 2025. All previously set deadlines and hearing dates are hereby vacated.

     **IT IS SO ORDERED.**

Initials of Clerk kh